Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

UNITED STATES OF AMERICA

v.

Family Farm, Inc.

Crmin. No. 053L 2:00CR00295-005

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 20  AM 11: 30

LORETTA G. WHYTE
CLERK

On October 10, 2001, the above named was placed on Probation for a period of five years. Family Farm, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Family Farm, Inc. be discharged from Probation.

Respectfully submitted,

Elizabeth M. DePaula
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this _____ day of _____May_____, 200 5 .

Eldon E. Fallon
U.S. District Judge

**Distribution:**
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy - United States Attorney's Office
  1 Certified Copy - Defense Attorney
  1 Certified Copy - Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:     April 11, 2005
Offender Name: FAMILY FARM INC
Docket No.   053L 2:00CR00295-005L
Probation Officer:  Elizabeth M. DePaula

**REQUEST FOR RESPONSE TO EARLY TERMINATION PETITION**

Pursuant to 18 USC Section 3564(c)(probation)/18 USC Section 3583(e)(1)(TSR) and Rule 32.1(C) of the Federal Rules of Criminal Procedure, the government should receive notice and be given a reasonable opportunity to respond to a petition/request for early termination by the Probation Office.

A response to the proposed action for early termination is requested within seven (7) working days from the date of this form by the close of business at 5:00 PM. If the probation officer requesting the proposed action does not receive a response within the applicable seven (7) working days, the proposed action will be forwarded to the court with a notation that the government has taken no position on the proposed action.

Accordingly, it is requested that the government indicate below its position regarding early termination.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I have reviewed the proposed action as provided in the attached letter and have the following response:

__✓__   I **do not oppose** early termination in this case.

_____   I **oppose** early termination in this case for the following reasons:

_____

_____

_____

_____          _4-19-05_
Assistant U. S. Attorney                     Date

**Please hand deliver or fax your response to the Probation Officer listed above at (504) 589-3286.**